# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED FEBRUARY 13, 2025

## NO. 03-24-00587-CV

**Toriante Jashawn Harris, Appellant**

**v.**

**Canyon Springs at Bull Creek, Appellee**

**APPEAL FROM COUNTY COURT AT LAW NO. 2 OF TRAVIS COUNTY
BEFORE JUSTICES TRIANA, THEOFANIS, AND CRUMP
DISMISSED FOR WANT OF PROSECUTION -- OPINION BY JUSTICE THEOFANIS**

This is an appeal from the judgment signed by the trial court on August 29, 2024. Having reviewed the record, the Court holds that Toriante Jashawn Harris has not prosecuted his appeal and did not comply with a notice from the Clerk of this Court. Therefore, the Court dismisses the appeal for want of prosecution. Because appellant is indigent and unable to pay costs, no adjudication of costs is made.